UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEVERLY CAMERON,

    Plaintiff,                                           CASE NO.:   8:18-cv-2783-EAK-JSS

v.

SNAP FINANCE LLC,

    Defendant.
_____/

### NOTICE OF SETTLEMENT PENDING

**COMES NOW**, Plaintiff, **BEVERLY CAMERON**, by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 3.08 (a) and states that Plaintiff and Defendant(s), **SNAP FINANCE LLC,** have reached a settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the parties will immediately file the appropriate dismissal documents with the Court.

**[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]**

Respectfully submitted this **July 28, 2020.**

>*/s/ Kaelyn Steinkraus*
>Kaelyn Steinkraus, Esq.
>Florida Bar No. 125132
>kaelyn@attorneydebtfighters.com
>Law Office of Michael A. Ziegler, P.L.:
>Debt Fighters
>2561 Nursery Road, Suite A
>Clearwater, FL 33764
>(p)  (727) 538-4188
>(f)  (727) 362-4778
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this **28** day of **July 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Defendants.

>*/s/ Kaelyn Steinkraus*
>Kaelyn Steinkraus, Esq.
>Florida Bar No. 125132