## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**BEVERLY CAMERON,**

     **Plaintiff,**                          **CASE NO.:8:18-cv-2783-EAK-JSS**

**v.**

**SNAP FINANCE LLC,**

     **Defendant.**
_____/

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

     **COME NOW**, Plaintiff, **BEVERLY CAMERON**, and Defendant(s), **SNAP FINANCE LLC** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and agree that Plaintiff's claims against Defendant should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

     Respectfully submitted this **September 10, 2020**,

| | |
|---|---|
| **LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.: DEBT FIGHTERS** | **BALLARD SPAHR, LLP** |
| */s/ Kaelyn Steinkraus* | */s/ Jenny Perkins* |
| Kaelyn Steinkraus, Esq. | Jenny Perkins, Esq. |
| Florida Bar No. 125132 | Florida Bar No. 77570 |
| kaelyn@attorneydebtfighters.com | perkinsj@ballarspahr.com |
| 2561 Nursery Road, Suite A | 1735 Market Street, 51st Floor |
| Clearwater, FL 33764 | Philadelphia, PA 19103 |
| (p) (727) 538-4188 | (215) 864-8378 (Main) |
| (f) (727) 362-4778 | (215) 864-8999 (Facsimile) |
| *Counsel for Plaintiff* | Attorney for Defendant |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this **10th** day of **September, 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>*/s/ Kaelyn Steinkraus*</u>
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132